# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sheila Finnegan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9870 | **DATE** | 2/27/2013 |
| **CASE TITLE** | Prudential Insurance Company of America vs. The Estate of Melvin Burkland, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Ann K. Burklund's Motion for Summary Judgment [18] is granted without opposition. Civil case terminated.

■[ For further details see text below.]

Mailed notice.
*Mail AO 450 form.

## STATEMENT

Plaintiff Prudential Insurance Company of America filed a Complaint for Declaratory Judgment seeking to determine the proper owner or beneficiary of a policy issued to the Trustee(s) for the Retirement Plan for Olson and Burklund, Inc. The company involuntarily dissolved in June 1986, leaving Melvin Burklund as the sole Insured. Mr. Burklund is now deceased, and Defendant Ann Burklund has been appointed as Independent executor of his estate. The parties have confirmed that no trust or pension plan was ever created in regards to Olson and Burklund, Inc., and that the proper beneficiary of the policy benefit is thus the Estate of Melvin Burklund. Plaintiff is ordered to issue total payment of the benefit, plus interest, directly to the Estate of Melvin Burklund.